988 A.2d 1269

**SANG NAM LY, Petitioner**

v.

**COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, BUREAU OF MOTOR VEHICLES, Respondent.**

**No. 167 EM 2009.**

Supreme Court of Pennsylvania.

Jan. 28, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2010, the Petition for Permission to Appeal *Nunc Pro Tunc,* treated as a Petition for Permission to File Petition for Review *Nunc Pro Tunc,* is **DENIED.**